# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PATRICK JOSEPH KELSO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-856

[June 13, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 431998000559CFAXMX .

Patrick Joseph Kelso, Madison, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***